IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRAVIS BLANK, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 3:11-CV-01327-K-BK |
| | § | |
| HAROLD EAVENSON, BOB GUZIK, | § | |
| R.N. LINDA BELL, and M.D. LES | § | |
| SANDKNOP, | § | |
| | | |
| Defendants. | | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on February 27, 2012., and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The motions to dismiss of Defendants Sandknop, Eavenson, and Guzik are **GRANTED,** and the complaint is **DISMISSED WITH PREJUDICE** as to those Defendants. Defendant Sandknop's alternative motion for a more definite statement is **DENIED AS MOOT**.

Defendant Bell's motion to dismiss is **DENIED WITHOUT PREJUDICE**.

This case is re-referred to U.S. Magistrate Renee Harris Toliver for further pretrial management.

SO ORDERED.

Signed March 1st, 2012.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE