IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRAVIS BLANK, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 3:11-CV-01327-K-BK |
| | § | |
| R.N. LINDA BELL, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant Bell's motion to dismiss is **DENIED**.

The case is re-referred to U.S. Magistrate Judge Toliver for pretrial management.

SO ORDERED.

Signed September 20th, 2012.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE