IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRAVIS BLANK, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § Civil No. 3:11-CV-1327-K-BK | |
| R.N. LINDA BELL, § | |
| § | |
| Defendant. § | |
| § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff's filed objections on August 22, 2014, and the Defendant filed a Response to those objections on September 5, 2014. The District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed September 10th, 2014.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE